Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

## MEMORANDUM OPINION

No. 04-11-00602-CV

Mark **VANHAM**,
Appellant

v.

Jay **HARPOLE**, Don Laffere, EEW Fund, L.P., Ken Whitten, Swinney Family Partnership, LP,
and Ted Swinney,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2008-10-26670-CV
Honorable Stephen B. Ables, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  February 8, 2012

JOINT MOTION TO SET ASIDE AND REMAND GRANTED; SET ASIDE AND
REMANDED

The parties have filed a joint motion stating they have fully resolved and settled all issues

in dispute. The parties ask that we set aside the trial court's judgment without regard to the

merits and remand the cause to the trial court for rendition of judgment in accordance with the

settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties have agreed that each party

will bear its own costs.

We grant the motion. The judgment of the trial court is set aside without regard to the merits and the case is remanded to the trial court for rendition of judgment in accordance with the parties' agreements. The costs of this appeal shall be borne by the party that incurred them.


PER CURIAM